IN THE MATTER OF LOREN K. ROBINSON, AN ATTORNEY AT LAW.

January 14, 2010.

# ORDER

The Disciplinary Review Board having filed with the Court in its decision in DRB 09–156, recommending the disbarment of **LOREN K. ROBINSON** of **STEWARTSVILLE**, who was admitted to the bar of this State in 2001, and who has been temporarily suspended from the practice of law since February 5, 2009, for violating *RPC* 1.15(c) (failure to safeguard and knowing misappropriation of trust funds), *RPC* 8.1(b) (failure to cooperate with ethics authorities), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and the principles of *In re Wilson*, 81 *N.J.* 451, 409 *A.2d* 1153(1979) and *In re Hollendonner*, 102 *N.J.* 21, 504 *A.2d* 1174 (1985);

AND **LOREN K. ROBINSON** having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **LOREN K. ROBINSON** be disbarred, effective immediately, and that her name be stricken from the roll of attorneys;

ORDERED that **LOREN K. ROBINSON** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.